ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 10 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA ROSS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 10-308 RNB<br><br>**JUDGMENT** |

　　　In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: <u>November 10, 2010</u>

_/s/ Robert N. Block_
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE